## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JOSE M. GAMA | ) | No. 15 B 37162 |
| | ) | |
| Debtor. | ) | |

## FINAL JUDGMENT ORDER ON U.S. TRUSTEE'S MOTION
## FOR SANCTIONS AGAINST COUNSEL FOR DEBTOR, ROBERT A. HABIB

Following trial, and pursuant to Rule 9011 Fed.R.Bankr.P. and for violation of §§ 526, 528 and 707(b)(4)(C) of Title 11 U.S.C., and for reasons and facts stated from the bench which constitute the Court's Findings of Fact and Conclusions of Law, IT IS HEREBY ORDERED AND ADJUDGED that a civil penalty of $1,000 is assessed against attorney Robert A. Habib to be paid on or before April 18, 2016 at 10:30 a.m. by payment of certified or otherwise good funds to the United States Trustee.

Set for status of said payment April 18, 2016 at 10:30 a.m. in courtroom 682.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ____ day of April 2016.

APR - 4 2016